| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 41 |
| LAWRENCE JOHN ANDERSON | * | September Term, 2023 |

O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent, filed by Bar Counsel and Respondent, Lawrence John Anderson, on February 20, 2024 in the above-captioned case, in which the parties jointly petition this Court to disbar Respondent pursuant to Rule 19-736(b) and advise that Respondent agrees that his conduct as described in the petition violates Maryland Attorneys' Rules of Professional Conduct Rules 1.15(a) (safekeeping property), and Rule 8.4(a), (c), and (d) (misconduct) and that the appropriate disposition would be disbarment, it is this 22nd day of February 2024,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED, and the Respondent, Lawrence John Anderson, is hereby DISBARRED effective 60 days from the date of this Order; and it is further

ORDERED that the Clerk of this Court shall remove the name of Lawrence John Anderson from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Shirley M. Watts
Senior Justice

Gregory Hilton, Clerk